**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

KATOYA RAYNON,

        Plaintiff,

v.                                          Case No. 6:14-cv-1112-Orl-37TBS

RHA/FERN PARK MR., INC.; and
FERN PARK, INC.,

        Defendants.

## ORDER

This cause is before the Court on the following:

1. Joint Motion to Set Aside Default Judgment Against RHA/FERN Park Mr., Inc. (Doc. 16), filed September 8, 2014; and

2. Joint Notice of Settlement (Doc. 17), filed September 8, 2014.

Upon consideration, it is hereby **ORDERED AND ADJUDGED**:

1. Joint Motion to Set Aside Default Judgment Against RHA/FERN Park Mr., Inc. (Doc. 16) is **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 55(c), the Clerk's entry of default (Doc. 11) is **SET ASIDE**.

3. This matter is **REFERRED** to U.S. Magistrate Judge Thomas B. Smith to issue a report and recommendation concerning the fairness of the parties' settlement.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 11, 2014.

_____
ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record